# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **MAZEN ALI**, *individually and on behalf of all others similarly situated*, <br><br> *Plaintiff*, <br><br> v. <br><br> **THE TEXAS A&M UNIVERSITY SYSTEM**, *and* **ELAINE MENDOZA, TIM LEACH, PHIL ADAMS, ROBERT L. ALBRITTON, JAY GRAHAM, MICHAEL A. HERNANDEZ III, BILL MAHOMES, MICHAEL J. PLANK,** *and* **CLIFF THOMAS**, *in their official capacities as members of The Texas A&M University System Board of Regents*, <br><br> *Defendants*. | Cause No. 4:20-cv-02605 |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a), Federal Rules of Civil Procedure, no answer or motion for summary judgment having been served by any of the Defendants in this action, Plaintiff Mazen Ali files this Notice of Voluntary Dismissal Without Prejudice and hereby notifies the Court that he is voluntarily dismissing without prejudice his claims against Defendants in this action.

Dated: November 11, 2020

Respectfully submitted,

*s/ Gary F. Lynch*

**CARLSON LYNCH LLP**
Gary F. Lynch (Attorney-in-charge)
Edward W. Ciolko
1133 Penn Avenue
5th Floor
Pittsburgh, PA 15222
P. (412) 322-9243
F. (412) 231-0246

   E. glynch@carlsonlynch.com
    eciolko@carlsonlynch.com

**COBB & COUNSEL PLLC**
Bill Cobb
Texas State Bar No. 00796372
Ann Stehling
Texas State Bar No. 24110404
100 Congress Avenue, Suite 2000
Austin, Texas 78701
P. (512) 693-7570
F. (512) 233-2767
E. bill@cobbxcounsel.com
 ann@cobbxcounsel.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

 I hereby certify that on November 11, 2020, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

Dominique Stafford
Dominique.Stafford@oag.texas.gov
Adam Biggs
Adam.Biggs@oag.texas.gov
P.O. Box 12548, Capitol Station
Austin, TX 78711-2548
P. (512) 463-2120
F. (512) 320-0667

    */s/ Ann Stehling*
    Attorney for Plaintiff