United States District Court
Southern District of Texas
**ENTERED**
November 26, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MAZEN ALI, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:20-CV-2605 |
| | § | |
| THE TEXAS A&M UNIVERSITY | § | |
| SYSTEM, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

In accordance with the Voluntary Notice of Dismissal, this action is **DISMISSED** without prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

**SIGNED** on this __26th__ day of November, 2020, at Houston, Texas.

_____
**VANESSA D. GILMORE**
**UNITED STATES DISTRICT JUDGE**